# In the United States Court of Federal Claims

**No. 20-849 C**
**Filed: December 28, 2020**

**VSOLVIT, LLC**

**v.**

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed December 24, 2020, denying plaintiff's motion for judgment on the administrative record and granting defendant's cross-motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant.

Lisa L. Reyes
Clerk of Court

By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.